```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


A.S., A Minor, by SALLEE        :    CIVIL ACTION
MILLER, Guardian, and           :
SALLEE MILLER, Individually     :
                                :
             v.                 :
                                :
SMITHKLINE BEECHAM              :
CORPORATION d/b/a               :
GLAXOSMITHKLINE                 :    NO. 13-3684
```

ORDER

AND NOW, this 16th day of August, 2013, upon consideration of Defendant GlaxoSmithKline LLC, Formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion to Transfer Venue (Docket No. 2), and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  IT IS FURTHER ORDERED that this case shall be transferred to the Middle District of Pennsylvania.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```