IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.S., A Minor, by SALLEE MILLER, Guardian, and SALLEE MILLER, Individually | : : : : | CIVIL ACTION |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE | : : : | NO. 13-3684 |

## ORDER

AND NOW, this 16th day of August, 2013, upon consideration of Defendant GlaxoSmithKline LLC, Formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion to Transfer Venue (Docket No. 2), and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED. IT IS FURTHER ORDERED that this case shall be transferred to the Middle District of Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.